UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-cv-61897-Cooke/Turnoff

STANLEY TWOMEY AND JANET TWOMEY,

    Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.
_____/

## UNOPPOSED MOTION TO STAY

Plaintiffs, Stanley Twomey and Janet Twomey (the "Plaintiffs"), pursuant to Rule 7.6, Local Rules for the Southern District of Florida, and this Court's Order granting this Unopposed Motion To Stay, and in support state as follows:

1. The parties have resolved this matter.

2. Pursuant to the terms of the parties' settlement, there is a trial period before the settlement becomes permanent.

3. Both parties agree that there is a strong likelihood of the trial settlement period being successful, and that as a result, a dismissal of this cause, with prejudice, will likely occur before the end of September 2013.

4. Accordingly, the Plaintiffs and Defendant, respectfully request, rather than expending any further resources on this matter and for judicial efficiency, that a stay of these proceedings should be imposed pending the settlement trial period.

1

5. The undersigned counsel has conferred with counsel for the Defendant and is authorized to advise the Court that there is no objection to the granting of the instant motion.

**WHEREFORE**, Plaintiffs respectfully requests that the Court grant the instant motion, as well as such other and further relief as the Court deems appropriate.

Date: June 24, 2013.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

**Morris | duPont, PA**
8785 NW 13 Terrace
Miami, FL 33172
305.444.3437 - Phone
305.597.0496 – Fax
Primary email: efile@morrisdupont.com


By:   s/ Jennifer Barrow
         Jennifer Barrow