## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 12-61897-Civ-COOKE/TURNOFF

STANLEY TWOMEY
and JANET TWOMEY,

      Plaintiffs,

v.

PENNYMAC LOAN SERVICES, LLC,

      Defendant.

_____/

### ORDER DENYING UNOPPOSED MOTION TO STAY AND
### ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before me on the parties' Unopposed Motion to Stay.  (ECF No. 40).
In the instant Motion to Stay, the parties inform the Court that they have resolved this matter.
However, the terms of the parties' settlement require a trial period before the settlement becomes
permanent.  Therefore, the parties seek a stay of all proceedings in this matter given "the strong
likelihood of the trial settlement period being successful, and that as a result, a dismissal of this
cause, with prejudice, will likely occur before the end of September 2013."  *See* Mot. Stay ¶¶ 3-
4.

Considering the great likelihood that the parties' settlement will result in the dismissal
with prejudice of this matter, rather than a stay of the proceedings, an administrative closure
appears appropriate.  Accordingly, it is **ORDERED and ADJUDGED** that the parties'
Unopposed Motion to Stay (ECF No. 40) is **DENIED**.  This case will now be administratively
closed pending the Plaintiff filing a notice of dismissal, pursuant to Federal Rule of Civil
Procedure 41(a)(1)(A)(i), or the parties filing a stipulation of dismissal, pursuant to Rule

41(a)(1)(A)(ii).

A notice of dismissal or a stipulation of final dismissal shall be filed on or before September 30, 2013.  In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Any party may move to re-open the case should there be a problem in reaching a final settlement agreement.  The Clerk shall ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 28th day of June 2013.

_____
MARCIA G. COOKE
United States District Judge


Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*