**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STANLEY TWOMEY AND JANET
TWOMEY,

      Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,          CASE NO.: 12-cv-61897-Cooke/Turnoff

      Defendant.

_____/

## MOTION FOR REOPENING OF CAUSE

COMES NOW, Defendants, Stanley Twomey and Janet Twomey, by and through the undersigned counsel, and unto this Honorable Court, most respectfully state that:

1.  Pursuant to the court's June 28, 2013 order, the parties were to file a notice of dismissal or a stipulation for dismissal on or before September 30, 2013 as the parties anticipated reaching a settlement through a loan modification in this matter.

2.  However, on September 24, 2013, the Defendants presented Plaintiff with the final modification documents for review.  Given the timing, Plaintiff was required to ask the court for a further extension of time to review the documents.

3.  And, after Plaintiffs made trial modification payments for three (3) consecutive months, a review of the final modification and the failure of further negations relating to the terms of the settlement, the Plaintiffs have decided to reject the modification/settlement offer and now wish to proceed with the instant litigation.

4.  The Plaintiffs respectfully request that the Court reopen the instant cause and reset the deadlines to bring this cause to a swift resolution.

5.   This Motion is not intended for delay or further burden this Court.  Counsel for the

Plaintiff feels confident in representing to the Court that counsel for the Defendants has

been advised of the intent to file this motion

WHEREFORE, Defendants most respectfully prays of this Honorable Court that an order

be entered reopening the instant cause and scheduling of the attendant deadlines aimed and

bringing  this matter to a swift resolution, and granting them such further and additional relief as

the Courts deems just and proper.

Respectfully submitted,

**Morris | duPont, PA**
1200 NW 78th Ave, Suite 300
Doral, FL 33126
305-444-3437 - Phone
305-597-0496 – Fax
**Primary email:** efile@morrisdupont.com

By:    s/ Jennifer M. Barrow
        Jennifer M. Barrow
        Florida Bar No. 67901

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2013, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record.

By:    s/ Jennifer M. Barrow
        Jennifer M. Barrow