UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

STANLEY TWOMEY AND JANET TWOMEY,

    Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.
_____/

CASE NO. 12-CV-61897-Cooke/Turnoff

## MEDIATION REPORT

**COMES NOW,** the undersigned mediator and files this Mediation Report and states:

1. A mediation was held in this action on February 25, 2014.

2. All parties and their counsel of record were present at the mediation.

3. The parties have reached a settlement and the parties shall file appropriate papers with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed on February 25, 2014 with the Clerk of the Court by using the CM/ECF system which will thereafter send notice of electronic filing to all counsel of record.

**SHUTTS & BOWEN LLP**
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Telephone: 561-835-8500; Fax: 561-650-8530

By: /s/ Alfred A. LaSorte, Jr.
    **Alfred A. LaSorte, Jr.**
    Florida Bar No. 0325457
    alasorte@shutts.com

WPBDOCS 8435067 1