UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 12-CV-61897-Cooke/Turnoff

STANLEY TWOMEY AND JANET
TWOMEY,

 Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

 Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and having amicably resolved all matters in controversy, the parties jointly stipulate to a dismissal with prejudice of this action with each party bearing its own attorney's fees and costs. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to this Court that counsel for Defendant has authorized her to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| DATED: __2-28-14_____ | DATED: _____2-28-14_____ |
| _/s/ Paul J. Sodhi_____ | _____/s/ Jennifer M. Barrow_____ |
| Paul J. Sodhi, Esq. FBN**:** | Jennifer M. Barrow, Esq., FBN: 67901 |
| **Blank Rome LLP** | **Morris DuPont, PA** |
| 1200 North Federal Highway Suite 312 | 1200 NW 78th Avenue, Suite 300 |
| Boca Raton, FL 33432 | Miami, FL 33126 |
| Phone: 561.417.8153 | Phone: (305) 444-3437 |
| Fax: 561.417.8186 | Fax: (305) 597-0496 |
| Email: PSodhi@BlankRome.com | Email: jenniferb@morrisdupont.com |
| Attorneys for Defendant | Attorney for Plaintiff |